# Court of Appeals
# of the State of Georgia

ATLANTA, <u> June 06, 2018        </u>

*The Court of Appeals hereby passes the following order:*

## A18E0055. McDANIEL-IVEY v. OUDA.

Marvis McDaniel-Ivey has filed a pro se emergency motion pursuant to Court of Appeals 40 (b). Having considered the motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,<u>  06/06/2018      </u>*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>    Stephen E. Castlen           </u> *, Clerk.*